UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-CIV-24031-WILLIAMS/BECERRA

SARA HERRERA,

    Plaintiff,

v.

7R CHARTER LIMITED,

    Defendant.

_____/

# ORDER

**THIS MATTER** is before the Court on Magistrate Judge Jacqueline Becerra's Report and Recommendation ("Report") (DE 271) on the Motion to Tax Costs (the "Motion") filed by Defendant (DE 261), to which Plaintiff filed a Response (DE 268) and Defendant filed a Reply (DE 269). Plaintiff did not file any objections to the Report, which recommends the Court grant in part and deny in part Defendant's Motion. (DE 271 at 11.) Upon a careful review of the Report, the Motion, and the record, it is **ORDERED AND ADJUDGED** that:

1. Judge Becerra's Report (DE 271) is **AFFIRMED AND ADOPTED**.

2. Defendant's Motion (DE 261) is **GRANTED IN PART AND DENIED IN PART**.

    a. Defendant is awarded $21,459.56 in costs, plus interest from April 22, 2021, the date of the Court's Final Judgment (DE 260), at a rate of 0.06 percent.[1]

---

[1] *Compare* 28 U.S.C. § 1961 (providing "interest shall be calculated from the date of the entry of the judgment, at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding … the date of the judgment), *with* Board of Governors of the Federal Reserve System, *FRB H.15 Selected Interest Rates* (last visited Mar. 14, 2022), https://www.federalreserve.gov/datadownload/Choose.aspx?rel=H15  (providing that the average interest rate as of a week preceding April 22, 2021 was 0.06 percent).

**DONE AND ORDERED** in Chambers in Miami, Florida, this 14th day of March, 2022.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE